# UNITED STATED DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| AMERICAN FIRE AND CASUALTY COMPANY a/s/o CASE FURNITURE AND DESIGN, INC.<br><br>Plaintiff,<br><br>vs.<br><br>ADT SECURITY SERVICES, INC., d/b/a ADT SECURITY SYSTEMS;<br><br>Defendant.<br>_____<br>ADT SECURITY SERVICES, INC., d/b/a ADT SECURITY SYSTEMS,<br><br>Cross-Claimant,<br><br>vs.<br><br>NATIONAL BRANDS, INC.,<br><br>Cross-Defendant. | Case No.: CV-06-0385 PHX-LOA<br><br>**ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST ADT SECURITY SERVICES, INC. and NATIONAL BRANDS, INC. and DISMISSAL OF ADT SECURITY SERVICES' CROSS-CLAIM AGAINST NATIONAL BRANDS, INC.** |

Upon the Stipulation of the parties, and good cause appearing therefore;

/ / /

/ / /

IT IS HEREBY ORDERED dismissing Plaintiff's Second Amended Complaint Against ADT Security Services, Inc. and National Brands, Inc. with prejudice, each party to bear its own attorneys' fees and costs;

IT IS FURTHER ORDERED dismissing ADT Security Services, Inc.'s Cross-Claim Against National Brands, Inc. with prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk to terminate this entire case.

DATED this 29th day of June, 2007.

_____
Lawrence O. Anderson
United States Magistrate Judge